IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR SOLANO,<br><br>Petitioner,<br><br>vs.<br><br>DARRELL G. ADAMS,<br><br>Respondent.<br>_____________________________/ | 1:06-CV-01715-AWI-DLB-HC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION OF JANUARY 26, 2007 (Doc. 7)<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 26, 2007, the court submitted findings and recommendations to United States District Judge Anthony W. Ishii to dismiss petitioner's case for failure to comply with the court's order of December 13, 2006. On February 20, 2007, petitioner filed objections to the findings and recommendation, explaining that he did not receive the court's order of December 13, 2006, due to his change of address. For this reason, the court's findings and recommendation of January 26, 2007, shall be vacated. In addition, due to changed circumstances, petitioner shall be authorized to proceed *in forma pauperis*. See 28 U.S.C. § 1915. The petition will be screened in due course.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's findings and recommendation of January 26, 2007, are VACATED in their entirety, and
2. Petitioner is AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated: March 5, 2007**

/s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

23ehd0